# WHITEFORD, TAYLOR & PRESTON L.L.P.

11 STANWIX STREET SUITE 1400
PITTSBURGH, PENNSYLVANIA 15222

MAIN TELEPHONE (412) 618-5600
FACSIMILE (412) 281-0959

RONALD W. CROUCH
SENIOR COUNSEL
DIRECT LINE (412) 752-7962
DIRECT FAX (412) 752-7970
RCrouch@wtplaw.com

DELAWARE*
DISTRICT OF COLUMBIA
KENTUCKY
MARYLAND
NEW YORK
PENNSYLVANIA
VIRGINIA

WWW.WTPLAW.COM
(800) 987-8705

January 4, 2023

District Judge William F. Kuntz, II
Magistrate Judge Ramon E. Reyes, Jr.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*In re:* **PAYARC LLC v. CREDIT MOUNT INC. and DENNIS SHAKHNOVICH**
**Case No. 22-cv-2092-WFK-RER**

Dear Judge Kuntz and Magistrate Judge Reyes:

I am writing to inform the court that the parties have agreed to all essential terms of a settlement and are in the process of documenting those terms in a formal agreement. Accordingly, we are requesting that the arbitration currently scheduled for January 11, 2023 be held in abeyance, although I anticipate the documentation will be complete prior to that date.

The arbitrator, the arbitration docket clerk and opposing counsel are copied on this correspondence. Thank you for your kind attention to this case.

Best Regards,

Ronald W. Crouch

RWC:jlw

cc (via email): Rita Credele – rita_credele@nyed.uscourts.gov
Michael H. DuBoff – mduboff@ballonstoll.com
Wesley Mead, Esq. – wmeadlaw@gmail.com

*Whiteford, Taylor & Preston L.L.P. is a limited liability partnership. Our Delaware offices are operated under a separate Delaware limited liability company, Whiteford, Taylor & Preston L.L.C.