IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAYARC LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CREDIT MOUNT INC. and DENNIS SHAKHNOVICH,<br><br>　　　　Defendants. | Case No. 22-cv-2092-WFK-RER |

## JUDGMENT IN A CIVIL ACTION

Upon the joint motion and with the consent of the parties, the court ORDERS, ADJUDGES AND DECREES that:

1)　the Plaintiff, PayArc LLC recovers from defendants Credit Mount Inc. and Dennis Shakhnovich, jointly and severally, the amount of One Hundred Fifty-Seven Thousand Four Hundred Thirty-Seven and Forty-Five hundredths ($157,437.45) Dollars, which amount is inclusive of costs, pre-judgment interest and attorney's fees;

2)　the Defendants recover nothing on their counterclaims, and that the counterclaims be and are hereby dismissed with prejudice;

3)　the Court retains jurisdiction over matters concerning the judgment and settlement agreement.

Dated: 1/18/23

By the Court,

[signature]